In the Matter of the Claim of OTTO SCHEIBNER, Respondent, against BLUE POINT OIL CORP. and THE OCEAN ACCIDENT & GUARANTEE CORP., LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by CHARLES ROGAVIN, Claimant. CENTER RESTAURANTS, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.